UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE RALPH MARQUEZ,                    )    CASE NO. ED CV 10-1621-DOC (PJW)
                                       )
                Petitioner,            )
                                       )    J U D G M E N T
          v.                           )
                                       )
EDMUND BROWN,                          )
                                       )
                Respondent.            )
_____)

     Pursuant to the Order Accepting Findings, Conclusions, and

Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.

     DATED:     January 17, 2012


                              _____
                              DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Marquez.wpd