UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RALPH MARQUEZ, | ) | CASE NO. ED CV 10-1621-DOC (PJW) |
| | ) | |
|            Petitioner, | ) | |
| | ) | J U D G M E N T |
|     v. | ) | |
| | ) | |
| EDMUND BROWN, | ) | |
| | ) | |
|            Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     January 17, 2012

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Marquez.wpd